**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-6248

---

ANTHONY T. SIMPSON,

Petitioner - Appellant,

versus

TOM C. MARTIN; ATTORNEY GENERAL OF THE STATE
OF NORTH CAROLINA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-97-20-3-2-MU)

---

Submitted: January 18, 2001          Decided: January 23, 2001

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Anthony T. Simpson, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony T. Simpson seeks to appeal the district court's order denying his motion to reconsider the denial of relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Simpson v. Martin, No. CA-97-20-3-2-MU (W.D.N.C. Jan. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2